# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

LISA MURPHY, ADC #760343                                                                    PLAINTIFF

v.                                          No. 1:14CV00070 JLH

HOLLAND, Correctional Officer,
McPherson Unit; and THOMAS,
Sergeant, McPherson Unit                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE